UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIC TAMIN,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC,

Defendants.

26-CV-3660 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Plaintiff's opposition to Defendant Nelnet's motion to dismiss was due September 15, 2026. ECF No. 61. That deadline has now passed. Plaintiff is therefore DIRECTED to file, no later than **October 9, 2026,** a response to Nelnet's motion to dismiss. Separately, by that same deadline, Plaintiff is directed to file a status update as to ongoing settlement negotiations and the state of the case as to the remaining Defendants.

Dated: October 5, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge