UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINIC TAMIN,

Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC, et al.,

Defendants.

26-CV-3660 (JGLC)

**ORDER OF DISMISSAL**

JESSICA G. L. CLARKE, United States District Judge:

The Court having been advised at ECF No. 70 that all claims asserted herein have been settled in principle between Plaintiff and Defendant Capital One Bank (USA), N.A., it is ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued without costs as to Defendant Capital One Bank (USA), N.A., and without prejudice to the right to reopen the action **within 60 days** of the date of this Order if the settlement is not consummated.

To be clear, any application to reopen as to Capital One Bank (USA), N.A. **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis. **Further, requests to extend the deadline to reopen are unlikely to be granted.**

If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Section 6(a) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions from Capital One Bank (USA), N.A. are moot.

Dated: October 13, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge